Case 3:10-cr-00232-M   Document 438   Filed 08/23/11   Page 1 of 1   PageID 1204

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 23 2011

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO.: 3:10-CR-232-M (11) |
| ) | |
| TORRENCE KEY ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

TORRENCE KEY, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) 2 and 3 of the Indictment. After cautioning and examining TORRENCE KEY under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that TORRENCE KEY be adjudged guilty and have sentence imposed accordingly.

Date: August 23, 2011

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).